TITLE  : TRANSFORMERS MAIN THEME
TITLE #:   1540534     DOS LAST CHG INFO: 09/29/1997  246 CTR

2011-10-20 00.00.00 OPERATOR: US2GRENS TERM: CWRX QTR: 211 AUTH: MEMO/E UPTAIN
> FC ADMIN TRANSFE  FULL CAT: Y  PAY MODE: Y  TERR: ALL        PCT: 100.00
  SELLER: STARWILD MUSIC                   327987  BMI        E
  BUYER: CMINOR MUSIC                       65973  BMI        AM

2011-09-22 17.40.45 OPERATOR: CSI      TERM:
> ISWC CONFIRMED ADDED
  T7000740105

2011-07-12 17.03.22 OPERATOR: TTLM591  TERM:
> SENT TO CISNET


0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV              PF8=NEXT    PF10=TITLE COMT HIST
                                                          PF11=LEGAL COMT HIST
4-©              1 Sess-1    10.9.120.1               TCPP0107        1/1

Bryant-BMI0058

TITLE  : TRANSFORMERS MAIN THEME
TITLE #:   1540534      DOS LAST CHG INFO: 09/29/1997  246 CTR

2011-07-10 20.09.10 OPERATOR: TTLM565   TERM:
> WIDB ADD TX SENT ADDED


2010-06-24 18.11.14 OPERATOR: CSI       TERM:
> CSI ISWC VERIFIED


2004-11-30 20.00.48 OPERATOR: TTLM569   TERM:
> WIDB UPDATE TX SENT MODIFIED


2004-11-26 13.01.01 OPERATOR: TTLM591   TERM:
> SENT TO CISNET

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV             PF8=NEXT    PF10=TITLE COMT HIST
                                                         PF11=LEGAL COMT HIST
4-©           1 Sess-1    10.9.120.1                  TCPP0107        1/1

Bryant-BMI0059

TITLE  : TRANSFORMERS MAIN THEME
TITLE #:   1540534        DOS LAST CHG INFO: 09/29/1997  246 CTR


2001-10-21 19.01.38 OPERATOR: TTLM591   TERM:
> SENT TO CISNET

2001-10-17 22.46.53 OPERATOR: TTLM595   TERM:
> PREFERRED ISWC ADDED
  ISWC ID: T7000740105

2001-10-10 18.11.33 OPERATOR: TTLM569   TERM:
> WIDB ADD TX SENT ADDED


0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN            PF7=PREV            PF8=NEXT    PF10=TITLE COMT HIST
                                                      PF11=LEGAL COMT HIST
4-©          1 Sess-1    10.9.120.1              TCPP0107        1/1

Bryant-BMI0060

```
TTL367M                        ***  P A R I S  ***              DATE: 07/12/2013
PAGE:  5 OF  8                 TITLE HISTORY TRACE              TIME: 11:34 AM

TITLE  : TRANSFORMERS MAIN THEME
TITLE #:   1540534      DOS LAST CHG INFO: 09/29/1997   246 CTR

2001-08-26 19.35.33 OPERATOR: TTLM591  TERM:
> SENT TO CISNET


2001-06-24 23.26.44 OPERATOR: TTLM591  TERM:
> SENT TO CISNET


2000-12-25 04.06.25 OPERATOR: TTLM001  TERM: BTCH
> PAY MODE MODIFIED            BEFORE:            AFTER: N
  PUBLISHER: WILDSTAR MUSIC INC             369456    ASCAP

> PAY MODE MODIFIED            BEFORE:            AFTER: Y
  PUBLISHER: STARWILD MUSIC                  327987    BMI

0551   REVIEW THE DISPLAYED INFORMATION
PF3=RETURN            PF7=PREV          PF8=NEXT   PF10=TITLE COMT HIST
                                                   PF11=LEGAL COMT HIST
4-©         1 Sess-1    10.9.120.1                 TCPP0107          1/1
```

Bryant-BMI0061

```
TTL367M                    ***  P A R I S  ***              DATE: 07/12/2013
PAGE:   6 OF  8            TITLE HISTORY TRACE              TIME: 11:34 AM

TITLE  : TRANSFORMERS MAIN THEME
TITLE #:   1540534      DOS LAST CHG INFO: 09/29/1997   246 CTR


2000-12-25 04.06.25 OPERATOR: TTLM001   TERM: BTCH
> PAY MODE MODIFIED                BEFORE: W           AFTER: Y
     WRITER: BRYANT ANNE                       44388    BMI

2000-07-13 20.57.13 OPERATOR: TTLM997   TERM: AUTO
> CWR2 CONVERSION ADDED


1997-09-29 17.56.52 OPERATOR: 320 CTR   TERM:       QTR: 197 AUTH: CTR
> CATALOG TRANSFER   FULL CAT: Y
   SELLER: CANAD-STARWILD                447904    SOCAN      CA
   BUYER:  STARWILD MUSIC                327987    BMI        NA


0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV            PF8=NEXT   PF10=TITLE COMT HIST
                                                       PF11=LEGAL COMT HIST
4-©           1 Sess-1   10.9.120.1                  TCPP0107        1/1
```

Bryant-BMI0062

TITLE : TRANSFORMERS MAIN THEME
TITLE #:   1540534      DOS LAST CHG INFO: 09/29/1997  246 CTR

1996-11-07 08.55.35 OPERATOR: US2ISACL TERM: EAF2 QTR: 296 AUTH: CORR
> PAY MODE MODIFIED              BEFORE: W            AFTER: N
    WRITER: KINDER FORD                      184955   BMI

> FILM/SHOW TITLE ADDED


1996-11-07 08.55.34 OPERATOR: US2ISACL TERM: EAF2
> COMMENT MODIFIED


1996-11-06 12.03.13 OPERATOR: US2ISACL TERM: EAF2 QTR: 296 AUTH: CORR
> PARTICIPANT DELETED
    WRITER: KINDER FORD                      184957   ASCAP

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV          PF8=NEXT   PF10=TITLE COMT HIST
                                                     PF11=LEGAL COMT HIST
---
4-©           1 Sess-1    10.9.120.1                 TCPP0107         1/1

Bryant-BMI0063

```
TTL367M                    *** P A R I S ***              DATE: 07/12/2013
PAGE:  8 OF  8             TITLE HISTORY TRACE            TIME: 11:34 AM

TITLE : TRANSFORMERS MAIN THEME
TITLE #:   1540534    DOS LAST CHG INFO: 09/29/1997  246 CTR

1996-11-06 12.03.13 OPERATOR: US2ISACL TERM: EAF2 QTR: 296 AUTH: CORR
> PARTICIPANT DELETED
    WRITER: KINDER FORD                     184957    ASCAP
  PMODE: N   WHOLD: N   SHARE:  50.00

> PARTICIPANT ADDED
    WRITER: KINDER FORD                     184955    BMI
  PMODE: W   WHOLD: N   SHARE:  50.00

1993-05-25 00.00.00 OPERATOR: 799 TFM  TERM: DOS
> TITLE ADDED



0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV                   PF10=TITLE COMT HIST
                                                   PF11=LEGAL COMT HIST
4-©            1 Sess-1    10.9.120.1          TCPP0107          1/1
```

Bryant-BMI0064

```
TTL367M                    ***  P A R I S  ***           DATE: 07/12/2013
PAGE:  9 OF 13              TITLE HISTORY TRACE          TIME: 10:50 AM

TITLE  : TRANSFORMERS INSTRUMENTAL THEM
TITLE #:   3985749      DOS LAST CHG INFO: 09/29/1997   357 CTR

2007-02-22 09.47.13 OPERATOR: US2CVCNY TERM: 0323 QTR: 306 AUTH: MEMO/S OAKLEY
> PR OWNERSHIP SHARE MODIFIED    BEFORE:  75.10    AFTER: 100.00
     WRITER: BRYANT ANNE                    44388   BMI       WORLD

> CAN SHARE MODIFIED              BEFORE: 100.00    AFTER:   0.00
     PUBLISHER: STARWILD MUSIC              327987  BMI

2007-02-22 09.47.12 OPERATOR: US2CVCNY TERM: 0323 QTR: 306 AUTH: MEMO/S OAKLEY
> PARTICIPANT OWNER DELETED
     WRITER: BACAL JOE                      14939   BMI       WORLD
     PR OWN SH:  24.90  MR OWN SH:   0.00  SR OWN SH:  0.00

> US SHARE MODIFIED               BEFORE:  75.10    AFTER: 100.00
     WRITER: BRYANT ANNE                    44388   BMI

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV          PF8=NEXT   PF10=TITLE COMT HIST
                                                     PF11=LEGAL COMT HIST
4-©           1 Sess-1    10.9.120.1              TCPP0107       1/1
```

Bryant-BMI0076

```
TTL367M                    ***  P A R I S  ***              DATE: 07/12/2013
PAGE: 10 OF 13              TITLE HISTORY TRACE             TIME: 10:50 AM

TITLE  : TRANSFORMERS INSTRUMENTAL THEM
TITLE #:   3985749       DOS LAST CHG INFO: 09/29/1997  357 CTR


2007-02-22 09.47.11 OPERATOR: US2CVCNY TERM: 0323 QTR: 306 AUTH: MEMO/S OAKLEY
> PARTICIPANT DELETED
     WRITER: BACAL JOE                       14939    BMI
  PMODE: Y  WHOLD: N  SHARE:  24.90

2004-12-02 17.52.00 OPERATOR: TTLM569  TERM:
> WIDB UPDATE TX SENT MODIFIED


2004-11-26 15.49.08 OPERATOR: TTLM591  TERM:
> SENT TO CISNET



0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN             PF7=PREV.            PF8=NEXT   PF10=TITLE COMT HIST
                                                       PF11=LEGAL COMT HIST
4-©         1 Sess-1    10.9.120.1             TCPP0107            1/1
```

Bryant-BMI0077

```
TTL367M                    *** P A R I S ***                DATE: 07/12/2013
PAGE: 11 OF 13              TITLE HISTORY TRACE             TIME: 10:50 AM

TITLE  : TRANSFORMERS INSTRUMENTAL THEM
TITLE #:   3985749      DOS LAST CHG INFO: 09/29/1997   357 CTR

2001-07-29 18.39.15 OPERATOR: TTLM591   TERM:
> SENT TO CISNET


2001-07-27 20.46.16 OPERATOR: TTLM595   TERM:
> PREFERRED ISWC ADDED
  ISWC ID: T7001409130

2001-07-23 10.59.32 OPERATOR: TTLM591   TERM:
> SENT TO CISNET


2001-07-23 10.48.28 OPERATOR: TTLM569   TERM:
> WIDB ADD TX SENT ADDED

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV            PF8=NEXT   PF10=TITLE COMT HIST
                                                       PF11=LEGAL COMT HIST
4-©            1 Sess-1    10.9.120.1               TCPP0107        1/1
```

Bryant-BMI0078

```
TTL367M                    ***  P A R I S  ***              DATE: 07/12/2013
PAGE:  6 OF 13                 TITLE HISTORY TRACE          TIME: 10:48 AM

TITLE  : TRANSFORMERS VOCAL THEME II
TITLE #:   3985746       DOS LAST CHG INFO: 09/29/1997  356 CTR

2007-02-02 15.42.35 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> COLLECTION SHARE MODIFIED      BEFORE:  83.40     AFTER:  50.00
     WRITER: KINDER FORD                   184955   BMI        WORLD

2007-02-02 15.42.34 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> COLLECTION SHARE MODIFIED      BEFORE:   8.30     AFTER:  50.00
     WRITER: BRYANT ANNE                    44388   BMI        WORLD

> PARTICIPANT ADDED
     PUBLISHER: CASABLANCA MEDIA PUBLISHING IN  814852   SOCAN
     PTYPE: S  WHOLD: N  SHARE:   0.00  SHR CAN: 100.00  WORLD: N  PMODE: N

2007-02-02 15.42.33 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> PART TERRITORY DELETED

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV              PF8=NEXT   PF10=TITLE COMT HIST
                                                         PF11=LEGAL COMT HIST
4-©           1 Sess-1    10.9.120.1                TCPP0107           1/1
```

Bryant-BMI0091

TITLE  : TRANSFORMERS VOCAL THEME II
TITLE #:   3985746        DOS LAST CHG INFO: 09/29/1997   356 CTR

2007-02-02 15.42.33 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> PART TERRITORY DELETED
    WRITER: BACAL JOE                          14939    BMI        WORLD
  SHARE:    8.30  TYPE: P  PAY MODE: Y

> CAN SHARE MODIFIED              BEFORE: 100.00      AFTER:   0.00
    PUBLISHER: STARWILD MUSIC                 327987    BMI

2007-02-02 15.42.32 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> PR OWNERSHIP SHARE MODIFIED    BEFORE:  83.40      AFTER:  50.00
    WRITER: KINDER FORD                       184955    BMI        WORLD

> US SHARE MODIFIED               BEFORE:  83.40      AFTER:  50.00
    WRITER: KINDER FORD                       184955    BMI

0551  REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV              PF8=NEXT    PF10=TITLE COMT HIST
                                                          PF11=LEGAL COMT HIST
4-©          1 Sess-1    10.9.120.1              TCPP0107         1/1

Bryant-BMI0092

```
TITLE   : TRANSFORMERS VOCAL THEME II
TITLE #:  3985746      DOS LAST CHG INFO: 09/29/1997  356 CTR


2007-02-02 15.42.31 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> PR OWNERSHIP SHARE MODIFIED     BEFORE:   8.30    AFTER:  50.00
     WRITER: BRYANT ANNE                    44388    BMI        WORLD

> US SHARE MODIFIED               BEFORE:   8.30    AFTER:  50.00
     WRITER: BRYANT ANNE                    44388    BMI

2007-02-02 15.42.30 OPERATOR: US2CVCNY TERM: 0348 QTR: 306 AUTH: MEMO/S OAKLEY
> PARTICIPANT OWNER DELETED
     WRITER: BACAL JOE                      14939    BMI        WORLD
  PR OWN SH:  8.30  MR OWN SH:  0.00  SR OWN SH:  0.00

> PARTICIPANT DELETED

0551   REVIEW THE DISPLAYED INFORMATION
PF3=RETURN              PF7=PREV              PF8=NEXT   PF10=TITLE COMT HIST
                                                         PF11=LEGAL COMT HIST
 4-©            1 Sess-1    10.9.120.1              TCPP0107           1/1
```

Bryant-BMI0093

Turner Broadcasting System, Inc.
1050 Techwood Drive
Atlanta, GA 30318

# Music Cue Sheet

| | |
|---|---|
| Series: | Transformers: Animated |
| PGM Title or #: | Episode #9: Along Came A Spider (874-009) |
| PGM Length: | 00:30:00 |
| Producer: | Brian Miller |
| Compiled By: | Dennis Delrogh |

| | |
|---|---|
| Status | SENT |
| HFR: | ☐ |
| Air Date / Time: | 02/16/2008 12:00 AM |
| Network: | CARTOON |
| Type: | Show |
| Airing Type: | FirstAiring |

55365

| Title/Composers | Composer | Publisher | Duration | Use | Vocal | Music Type | Society |
|---|---|---|---|---|---|---|---|
| Transformers Animated Main Title / Andy Sturmer Brojhe Sturmer | Sebastian T. Evans II | Hasbro, Inc. | 00:00:30 | Theme | NO | Original Music | ASCAP |
| Spooky Wonderland VI | Sebastian T. Evans II | Hasbro, Inc. | 00:00:49 | Background | NO | Original Music | ASCAP |
| Way Back When | Sebastian T. Evans II | Hasbro, Inc. | 00:00:19 | Background | NO | Original Music | ASCAP |
| A Little Mischief | Sebastian T. Evans II | Hasbro, Inc. | 00:00:32 | Background | NO | Original Music | ASCAP |
| Tunnel | Sebastian T. Evans II | Hasbro, Inc. | 00:00:14 | Background | NO | Original Music | ASCAP |
| My Past | Sebastian T. Evans II | Hasbro, Inc. | 00:00:10 | Background | NO | Original Music | ASCAP |
| Fooling Around | Sebastian T. Evans II | Hasbro, Inc. | 00:00:26 | Background | NO | Original Music | ASCAP |
| Fooling Around 2 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:10 | Background | NO | Original Music | ASCAP |
| Tarantula | Sebastian T. Evans II | Hasbro, Inc. | 00:00:17 | Background | NO | Original Music | ASCAP |
| Spider Attack 1 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:08 | Background | NO | Original Music | ASCAP |
| Spider Attack 2 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:27 | Background | NO | Original Music | ASCAP |
| 3 Reasons | Sebastian T. Evans II | Hasbro, Inc. | 00:00:12 | Background | NO | Original Music | ASCAP |
| Spooky Wonderland V2 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:22 | Background | NO | Original Music | ASCAP |
| Trick Or Trick | Sebastian T. Evans II | Hasbro, Inc. | 00:00:13 | Background | NO | Original Music | ASCAP |
| No Trust | Sebastian T. Evans II | Hasbro, Inc. | 00:00:07 | Background | NO | Original Music | ASCAP |
| Warship | Sebastian T. Evans II | Hasbro, Inc. | 00:00:17 | Background | NO | Original Music | ASCAP |
| No Energon | Sebastian T. Evans II | Hasbro, Inc. | 00:00:21 | Background | NO | Original Music | ASCAP |
| Use Your Power | Sebastian T. Evans II | Hasbro, Inc. | 00:00:44 | Background | NO | Original Music | ASCAP |
| All My Fault | Sebastian T. Evans II | Hasbro, Inc. | 00:00:31 | Background | NO | Original Music | ASCAP |
| Offline | Sebastian T. Evans II | Hasbro, Inc. | 00:00:22 | Background | NO | Original Music | ASCAP |
| The Web | Sebastian T. Evans II | Hasbro, Inc. | 00:00:09 | Background | NO | Original Music | ASCAP |
| Blackaracnia V1 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:28 | Background | NO | Original Music | ASCAP |
| Blackaracnia V2 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:38 | Background | NO | Original Music | ASCAP |
| The Rumours | Sebastian T. Evans II | Hasbro, Inc. | 00:00:31 | Background | NO | Original Music | ASCAP |
| Plan Changer | Sebastian T. Evans II | Hasbro, Inc. | 00:00:13 | Background | NO | Original Music | ASCAP |
| Rooftop Chase | Sebastian T. Evans II | Hasbro, Inc. | 00:00:26 | Background | NO | Original Music | ASCAP |

01/12/2010

Bryant-BMI01111



Page 1 of 2

Turner Broadcasting System, Inc.
1050 Techwood Drive
Atlanta, GA 30318

# Music Cue Sheet

55365

| Title | Composer | Publisher | Duration | Use | | Society |
|---|---|---|---|---|---|---|
| Know You | Sebastian T. Evans II | Hasbro, Inc. | 00:00:32 | Background | NO Original Music | ASCAP |
| Background V3 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:26 | Background | NO Original Music | ASCAP |
| A Freak | Sebastian T. Evans II | Hasbro, Inc. | 00:00:24 | Background | NO Original Music | ASCAP |
| Where Is Sandy | Sebastian T. Evans II | Hasbro, Inc. | 00:00:06 | Background | NO Original Music | ASCAP |
| Spider Bot | Sebastian T. Evans II | Hasbro, Inc. | 00:00:08 | Background | NO Original Music | ASCAP |
| Blackarachnia V3 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:25 | Background | NO Original Music | ASCAP |
| Trust | Sebastian T. Evans II | Hasbro, Inc. | 00:00:44 | Background | NO Original Music | ASCAP |
| Spooky Wonderland V3 | Sebastian T. Evans II | Hasbro, Inc. | 00:00:07 | Background | NO Original Music | ASCAP |
| Transformers: Animated Main Title | Andy Sturmer/Brigitte Sturmer | Hasbro, Inc. | 00:00:37 | Theme | NO Original Music | ASCAP |



Bryant-BMI0112

V

EXHIBIT
Lifitzman
5/4/93 DD

**SERIES:** MY LITTLE PONY
**EPISODE TITLE:** GHOSTS OF PARADISE
**PRODUCTION #:** 5201 -1

**Producteur (firme) / Producer (company)**
SUNBOW PRODUCTIONS
130 FIFTH AVENUE
NEW YORK, NY 10011 U.S.A.
ATTN: CAROLE WEITZMAN
(212) 337-5401

**Réalisateur / Director**

**Interprètes principaux / Principal actors:** ANIMATED PONY CHARACTERS

**Distributeur / Distributor**

**Genre / Category:** ANIMATED TELEVISION SERIES
**Creation: Année/year:** 1986
**Production: Année/year:**

**Destination:** First presentation 09/20/86 U.S. SYNDICATED TELEVISION

**Durée totale / Total duration:** 980"
**Musical duration / Durée musicale:** 714" (Total Music) ( 533" BACKGROUND )
**Métrage / Length:** 11,5'

**Droits d'exécution / Performing rights** — Mandat/Mandate
**Droits mécaniques / Mechanical rights** — Mandat/Mandate: NOT APPLICABLE

| Contribution or work Category or title | Caracteristics | Number of uses | Duration | CAE | Surnames and first names | | Society | Part Share | Society | Part Share |
|---|---|---|---|---|---|---|---|---|---|---|
| IT'S ALL YOUR IMAGINATION | VIS VOC | 1 | :57" | C A E | GOODMAN, TOMMY | HARMAN, BARRY | WILDSTAR MUSIC, INC. | ASCAP ASCAP ASCAP | 50.0% 50.0% 100.0% | 50.0% 50.0% 100.0% |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG/VOC | 1 | 1:00 :54" | C C A E E | BRYANT, ANNE | KINDER, FORD | HARMAN, BARRY | STARWILD MUSIC | WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | 50.0% 50.0% 50.0% 50.0% |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG/VOC | 1 | :30" | C C A E E | BRYANT, ANNE | KINDER, FORD | HARMAN, BARRY | STARWILD MUSIC | WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | 50.0% 50.0% 50.0% 50.0% |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34" | C C A E E | KINDER, FORD | MICHLIN, SPENCER | HARMAN, BARRY | STARWILD MUSIC | WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | 50.0% 50.0% 50.0% 50.0% |
| PONY ASHFORD CUES | BKGINST | 5 | :29" | C E | ASHFORD, WILLIAM | STARWILD MUSIC, INC. | | BMI BMI | 100.0% 100.0% | 100.0% 100.0% |
| PONY THOMAS CUES | BKGINST | 5 | 1:11" | C E | THOMAS, ALAN | STARWILD MUSIC, INC. | | BMI BMI | 100.0% 100.0% | 100.0% 100.0% |
| PONY WALSH CUES | BKGINST | 17 | 8:13 | C E | WALSH, ROBERT J. | STARWILD MUSIC, INC. | | BMI BMI | 100.0% 100.0% | 100.0% 100.0% |

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

002398

Y090001
30.00