Y090 002

30.00

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: GHOSTS OF PARADISE EST. PT. #2
PRODUCTION #: 5201 -2

Producteur (Firm) / Producer (company)
SUNBOW PRODUCTIONS
130 FIFTH AVENUE
NEW YORK, NY 10011 U.S.A.
ATTN: CAROLE WEITZMAN
(212) 337-6401

Réalisateur / Director

Interprètes principaux / Principal actors: ANIMATED PONY CHARACTERS

Genre / Category: ANIMATED TELEVISION SERIES

Création: Année/year / Production: Année/year: 1986

Destination
First presentation 09/20/86
U.S. SYNDICATED TELEVISION

Durée totale / Total duration: 300"
Musical duration Original Music 705"
Durée musicale ( 518" BACKGROUND )
Métrage / Length

Droits d'exécution / Performing rights
Mandat/Mandate

Droits d mécanique / Mechanical rights
Mandat/Mandate
NOT APPLICABLE

Distributeur / Distributor

| Contribution ou œuvre / Contribution or work Catégorie ou titre / Category or title | Caractéristiques / Characteristics | Nombre de passages / Number of uses | Durée / Duration | Ayants droit - Right owners Noms et prénoms / Surnames and first names | CAE | Société / Society | Part / Share | Société / Society | Part / Share |
|---|---|---|---|---|---|---|---|---|---|
| I'D GET OUT FAST | VIS VOC | 1 | 1.03 | GOODMAN, TOMMY | C | ASCAP | 50.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | WILDSTAR MUSIC, INC. | E | ASCAP | 100.0% | | |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG VOC | 1 | 1.00 | BRYANT, ANNE | C | BMI | 25.0% | | |
| | | | | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG VOC | 1 | .300 | BRYANT, ANNE | C | BMI | 25.0% | | |
| | | | | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| MY LITTLE PONY THEME | BKG VOC | 1 | .34 | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | MICHLIN, SPENCER | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| PONY ASHFORD CUES | BKGINST | 3 | .37 | ASHFORD, WILLIAM | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |
| PONY MERRILL CUES | BKGINST | 2 | .11 | MERRILL, JONATHAN | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |
| PONY THOMAS CUES | BKGINST | 1 | .34 | THOMAS, ALAN | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |

Continued on Page 2

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

002309

Y090003

**SERIES:** MY LITTLE PONY and Friends
**EPISODE TITLE:** GHOSTS OF PARADISE EST. pt. 1st Part 3
**PRODUCTION #:** 5201-3

| | |
|---|---|
| Producteur (firme)/Producteur (company) | Genre ANIMATED / Category TELEVISION SERIES |
| SUNBOW PRODUCTIONS | Creation: Annee/year / Production: Annee/year 1986 |
| 130 FIFTH AVENUE | |
| NEW YORK, NY 10011 U.S.A. | Destination / First presentation 09/20/86 / U.S. SYNDICATED TELEVISION |
| ATTN: CAROLE WEITZMAN | |
| (212) 337-6401 | Droits d execution / Performing rights — Mandat/Mandate |
| | Droits d mechaniques / Mechanical rights — Mandat/Mandate |
| Realisateur / Director | Duree totale / Total duration 900" |
| | Duree musicale Original Music 707" ( 525" BACKGROUND) |
| Interpretes principaux / Principal actors | Metrage / Length |
| ANIMATED PONY CHARACTERS | |

Distributeur / Distributor

| Contribution ou oeuvre / Categorie ou titre / Category or title | Caracteristics | Nombre de passages / Number of uses | Duree / Duration | CAE | Ayants droit - Right owners / Noms et prenoms / Surname and first name | Societe / Society | Part / Share | Societe / Society | Part / Share |
|---|---|---|---|---|---|---|---|---|---|
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG VOC | 1 | 1:00 | C C A E | BRYANT, ANNE / KINDER, FORD / HARMAN, BARRY / STARWILD MUSIC / WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG VOC | 1 | :30 | C C A E E | BRYANT, ANNE / KINDER, FORD / HARMAN, BARRY / STARWILD MUSIC / WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34 | C C A E E | KINDER, FORD / MICHLIN, SPENCER / HARMAN, BARRY / STARWILD MUSIC / WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| PONY ASHFORD CUES | BKGINST | 4 | :36 | C E | ASHFORD, WILLIAM / STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |
| PONY MERRILL CUES | BKGINST | 1 | :10 | C E | MERRILL, JONATHAN / STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |
| PONY THOMAS CUES | BKGINST | 4 | :27 | C E | THOMAS, ALAN / STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |
| PONY WALSH CUES | BKGINST | 11 | 7:32 | C E | WALSH, ROBERT J. / STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |

NOT APPLICABLE

Continued on Page 2

RECEIVED NOV 13 1990 NASHVILLE OFFICE
002401
123187

SERIES: MY LITTLE PONY *Cel Bound*
EPISODE TITLE: GHOSTS OF PARADISE EST. *Part 4*
PRODUCTION #: 5201 -4

Y090004

| Producteur (firm)<br>Producteur (company) | Realisateur<br>Director | Genre<br>Category | ANIMATED TELEVISION SERIES | Creation: Annee/year 1986<br>Production Annee/year |
|---|---|---|---|---|
| SUNBOW PRODUCTIONS<br>130 FIFTH AVENUE<br>NEW YORK, NY 10011 U.S.A.<br>ATTN: CAROLE HEITZMAN<br>(212) 337-6401 | | Destination<br>First presentation 09/20/86<br>U.S. SYNDICATED TELEVISION | | Droits d'execution<br>Performing rights |
| | Interpretes principaux<br>Principal actors<br>ANIMATED PONY CHARACTERS | Duree totale<br>Total duration 900"<br>Duree musicale Original Music<br>709"<br>( 521" BACKGROUND)<br>Metrage<br>Length | | Droits d mecanique<br>Mechanical rights<br>Mandat/Mandate<br>NOT APPLICABLE |

Distributeur
Distributor

| Contribution ou oeuvre - Contribution or work<br>Categorie ou titre<br>Category or title | Caracteristiques<br>Characteristics | Nombre de passages<br>Number of use | Duree<br>Duration | CAE | Ayants droit - Right owners<br>Noms et prenoms<br>Surnames and first names | Societe<br>Society | Part<br>Share | Societe<br>Society | Part<br>Share |
|---|---|---|---|---|---|---|---|---|---|
| IN NO TIME AT ALL | VIS VOC | 1 | :64" | C<br>A<br>E | GOODMAN, TOMMY<br>HARMAN, BARRY<br>WILDSTAR MUSIC, INC. | ASCAP<br>ASCAP<br>ASCAP | 50.0%<br>50.0%<br>100.0% | | |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME<br>BKG VOC | 1 | 1:00 | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME<br>BKG VOC | 1 | :30" | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34" | C<br>C<br>A<br>E<br>E | KINDER, FORD<br>MICHLIN, SPENCER<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| PONY ASHFORD CUES | BKGINST | 4 | :37" | C<br>E | ASHFORD, WILLIAM<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY THOMAS CUES | BKGINST | 1 | :46" | C<br>E | THOMAS, ALAN<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY WALSH CUES | BKGINST | 13 | 7:18 | C<br>E | WALSH, ROBERT J.<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

002103
123187

30.D

Y090 005

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: FUGITIVE FLOWERS -PART 1
PRODUCTION #: 5201 -5

Producteur (firme) / Produsateur (company)
SUNBOW PRODUCTIONS
130 FIFTH AVENUE
NEW YORK, NY 10011 U.S.A.
AT'N: CAROLE WEITZMAN
(212) 337-6401

Realisateur / Director:
Interpretes principaux / Principal actors: ANIMATED PONY CHARACTERS

Genre / Category: ANIMATED TELEVISION SERIES
Creation: Année/year: 1986
Production: Année/year:

Destination:
First presentation 09/20/86
U.S. SYNDICATED TELEVISION

Duree totale / Total duration: 900"
Musical duration Original Music 712"
Duree musicale ( 525" BACKGROUND)

Droits d execution / Performing rights: Mandat/Mandate
Droits d mecanique / Mechanical rights: Mandat/Mandate NOT APPLICABLE

Distributeur / Distributer:

| Contribution ou oeuvre / Contribution or work | Caracteristique Caracteris- tics | Nombre de passages Number of uses | Duree Duration | Ayants droit - Right owners Noms et prenoms Surnames and first names | CAE | Societe Society | Part Share | Societe Society | Part Share |
|---|---|---|---|---|---|---|---|---|---|
| HOW DOES MY GARDEN GROW | VIS VOC | 1 | :05 | BRYANT, ANNE | C | BMI | 50.0% | | |
| | | | 1:03 | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC, INC. | E | ASCAP | 50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG VOC | 1 | :50 1:00 | BRYANT, ANNE | C | BMI | 25.0% | | |
| | | | | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG VOC | 1 | :30 | BRYANT, ANNE | C | BMI | 25.0% | | |
| | | | | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34 | KINDER, FORD | C | BMI | 25.0% | | |
| | | | | MICHLIN, SPENCER | C | BMI | 25.0% | | |
| | | | | HARMAN, BARRY | A | ASCAP | 50.0% | | |
| | | | | STARWILD MUSIC | E | BMI | 50.0% | | |
| | | | | WILDSTAR MUSIC | E | ASCAP | 50.0% | | |
| PONY ASHFORD CUES | BKGINST | 8 | :46 | ASHFORD, WILLIAM | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |
| PONY MERRILL CUES | BKGINST | 1 | :08 | MERRILL, JONATHAN | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |
| PONY THOMAS CUES | BKGINST | 7 | :36 | THOMAS, ALAN | C | BMI | 100.0% | | |
| | | | | STARWILD MUSIC, INC. | E | BMI | 100.0% | | |

Continued on Page 2

RECEIVED NOV 13 1990 NASHVILLE OFFICE

002103

Y090006

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: FUGITIVE FLOWERS -PART- Part 2
PRODUCTION #: 5201 -6

| Producteur (firme) / Producer (company) | Réalisateur / Director |
|---|---|
| SUNBOW PRODUCTIONS<br>130 FIFTH AVENUE<br>NEW YORK, NY 10011 U.S.A.<br>ATTN: CAROLE WEITZMAN<br>(212) 337-0401 | |
| | Interprètes principaux / Principal actors<br>ANIMATED PONY CHARACTERS |

| Genre / Category | ANIMATED TELEVISION SERIES | Création: Année/year<br>Production: Année/year | 1986 |
|---|---|---|---|
| Destination<br>First presentation 09/20/86<br>U.S. SYNDICATED TELEVISION | | Droits d'exécution<br>Performing rights | Mandat/Mandate |
| Durée totale<br>Total duration | 900" | | |
| Musical duration Original Mate<br>Durée musicale 744"<br>( 553" BACKGROUND) | | Droits d mécaniques<br>Mechanical rights | Mandat/Mandate<br>NOT APPLICABLE |
| Métrage<br>Length | | | |

Distributeur / Distributor

| Contribution ou œuvre<br>Catégorie ou titre<br>Category or title | Caractéristique<br>Caratéristics | Nombre de passages<br>Number of uses | Durée<br>Duration | CAE | Ayants droit - Right owners<br>Surnames and first names | Société<br>Society | Part<br>Share | Société<br>Society | Part<br>Share |
|---|---|---|---|---|---|---|---|---|---|
| LOOKS CAN BE DECEIVING | VIS VOC | 1 | 1'14 | C<br>A<br>E<br>E | BRYANT, ANNE<br>HARMAN, BARRY<br>STARWILD MUSIC, INC.<br>WILDSTAR MUSIC, INC. | BMI<br>ASCAP<br>BMI<br>ASCAP | 50.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME<br>BKG VOC | 1 | 1:00 | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME<br>BKG VOC | 1 | :30 | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34 | C<br>C<br>A<br>E<br>E | KINDER, FORD<br>MICHLIN, SPENCER<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| PONY ASHFORD CUES | BKGINST | 7 | 1:05 | C<br>E | ASHFORD, WILLIAM<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY THOMAS CUES | BKGINST | 3 | :03" | C<br>E | THOMAS, ALAN<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY WALSH CUES | BKGINST | 13 | 1:55 | C<br>E | WALSH, ROBERT J.<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

123187

V090007  30.00

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: ~~THE~~ MAGIC COINS Part 1
PRODUCTION #: 5201 -7

| Producteur (company) | Réalisateur Director | Genre Category | ANIMATED TELEVISION SERIES | Creation: Année/year 1986 Production Année/year |
|---|---|---|---|---|
| SUNBOW PRODUCTIONS 130 FIFTH AVENUE NEW YORK, NY 10011 U.S.A. ATTN: CAROLE WEITZMAN (212) 337-5401 | Interprètes principaux Principal actors ANIMATED PONY CHARACTERS | Destination First presentation 09/20/86 U.S. SYNDICATED TELEVISION Durée totale Total duration 900" Musical duration Original Music 732" Durée musicale ( 527" BACKGROUND) Métrage Length | Droits d'exécution Performing rights Mandat/Mandate | Droits d mécanique Mechanical rights Mandat/Mandate NOT APPLICABLE |

Distributeur
Distributor

| Contribution ou œuvre Participation par catégorie Category | Contribution or work Catégorie ou titre Category or title | Caractérist Caracteris- tics | Nombre de passages Number of uses | Durée Duration | CAE | Ayants droit - Right owners Noms et prénoms Surnames and first names | Société Society | Part Share | Société Society | Part Share |
|---|---|---|---|---|---|---|---|---|---|---|
| | A RAINY DAY | VIS VOC | 1 | :54 | C A E | GOODMAN, TOMMY HARMAN, BARRY WILDSTAR MUSIC, INC. | ASCAP ASCAP ASCAP | 50.0% 50.0% 100.0% | | |
| | MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG VOC | 1 | 1:01 | C C A E E | BRYANT, ANNE KINDER, FORD HARMAN, BARRY STARWILD MUSIC WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| | MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG VOC | 1 | 1:00 | C C A E E | BRYANT, ANNE KINDER, FORD HARMAN, BARRY STARWILD MUSIC WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| | MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :30 | C C A E E | KINDER, FORD MICHLIN, SPENCER HARMAN, BARRY STARWILD MUSIC WILDSTAR MUSIC | BMI BMI ASCAP BMI ASCAP | 25.0% 25.0% 50.0% 50.0% 50.0% | | |
| | PONY ASHFORD CUES | BKGINST | 4 | :54 | C E | ASHFORD, WILLIAM STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |
| | PONY THOMAS CUES | BKGINST | 2 | :05 | C E | THOMAS, ALAN STARWILD MUSIC, INC. | ASCAP ASCAP | 100.0% 100.0% | | |
| | PONY WALSH CUES | BKGINST | 9 | 1:48 | C E | WALSH, ROBERT J. STARWILD MUSIC, INC. | BMI BMI | 100.0% 100.0% | | |

Continued on Page 2

RECEIVED NOV 13 1990 NASHVILLE OFFICE

002407

123187

Y090 008

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: ~~AND~~ MAGIC COINS Part 2
PRODUCTION #: 5201-8

Genre/Category: ANIMATED TELEVISION SERIES
Creation: Annee/year 1986
Production: Annee/year

30'00

Producteur (company): SUNBOW PRODUCTIONS
130 FIFTH AVENUE
NEW YORK, NY 10011 U.S.A.
ATTN: CAROLE WEITZMAN
(212) 337-6401

Realisateur/Director:
Interpretes principaux/Principal actors: ANIMATED PONY CHARACTERS

Destination / First presentation 09/20/85
U.S. SYNDICATED TELEVISION

Duree totale / Total duration: 900"
Musical duration / Original Music 722"
Duree musicale ( 519" BACKGROUND)
Metrage / Length

Droits d'execution / Performing rights: Mandat/Mandate
Droits d mecaniques / Mechanical rights: Mandat/Mandate — NOT APPLICABLE

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

002409

| Contribution ou oeuvre / Categorie ou titre | Caracteristic | Nombre de passages | Duree Duration | CAE | Ayants droit - Right owners / Surnames and first names | Societe Society | Part Share | Societe Society | Part Share |
|---|---|---|---|---|---|---|---|---|---|
| LET A SONG CARRY YOU | VIS VOC | 1 | 1:19 | C<br>A<br>E | GOODMAN, TOMMY<br>HARMAN, BARRY<br>WILDSTAR MUSIC, INC. | ASCAP<br>ASCAP<br>ASCAP | 50.0%<br>50.0%<br>100.0% | | |
| MY LITTLE PONY & FRIENDS THEME | OPENING THEME BKG VOC | 1 | 1:00 | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY & FRIENDS THEME | CLOSING THEME BKG VOC | 1 | :30 | C<br>C<br>A<br>E<br>E | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34 | C<br>C<br>A<br>E<br>E | KINDER, FORD<br>MICHLIN, SPENCER<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| PONY ASHFORD CUES | BKGINST | 7 | 1:22 | C<br>E | ASHFORD, WILLIAM<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY MERRILL CUES | BKGINST | 1 | :01 | C<br>E | MERRILL, JONATHAN<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY THOMAS CUES | BKGINST | 4 | :40 | C<br>E | THOMAS, ALAN<br>STARWILD MUSIC, INC. | BMI<br>BMI | 100.0%<br>100.0% | | |

Continued on Page 2

Y09009

30.00

SERIES: MY LITTLE PONY and Friends
EPISODE TITLE: MAGIC COINS Part 3
PRODUCTION #: 5201-9

| Producteur (firme)<br>Producer (company) | Réalisateur<br>Director | | |
|---|---|---|---|
| SUNBOW PRODUCTIONS<br>130 FIFTH AVENUE<br>NEW YORK, NY 10011 U.S.A.<br>ATTN: CAROLE WEITZMAN<br>(212) 337-6401 | Interprètes principaux<br>Principal actors<br>ANIMATED PONY CHARACTERS | | |

Distributeur
Distributor

| Genre ANIMATED<br>Catégory TELEVISION<br>SERIES | | Création: Année/year 1986<br>Production: Année/year |
|---|---|---|
| Destination<br>First presentation 09/20/86<br>U.S. SYNDICATED TELEVISION | | Droits d'exécution<br>Performing rights<br>Mandat/Mandate | Droits d'mécaniques<br>Mechanical rights<br>Mandat/Mandate |
| Durée totale<br>Total duration 900" | Musical duration Original Music<br>Durée musicale 673"<br>( 486" BACKGROUND ) | | NOT APPLICABLE |
| Métrage<br>Length | | | |

| Contribution du oeuvre - Contribution or work<br>Catégorie ou titre<br>Category or title | Caracterist-<br>Caracteris-<br>tics | Nombre de<br>passages<br>Number of<br>uses | Durée<br>Duration | Ayants droit - Right owners<br>Noms et prénoms<br>Surnames and first names | CAE | Société<br>Society | Part<br>Share | Société<br>Society | Part<br>Share |
|---|---|---|---|---|---|---|---|---|---|
| MY LITTLE PONY & FRIENDS<br>THEME | OPENING<br>THEME<br>BKG VOC | 1 | 60"<br>1:00 | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | C<br>C<br>A<br>E<br>E | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY & FRIENDS<br>THEME | CLOSING<br>THEME<br>BKG VOC | 1/10 | :30" | BRYANT, ANNE<br>KINDER, FORD<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | C<br>C<br>A<br>E<br>E | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| MY LITTLE PONY THEME (OP) | BKG VOC | 1 | :34" | KINDER, FORD<br>MICHLIN, SPENCER<br>HARMAN, BARRY<br>STARWILD MUSIC<br>WILDSTAR MUSIC | C<br>C<br>A<br>E<br>E | BMI<br>BMI<br>ASCAP<br>BMI<br>ASCAP | 25.0%<br>25.0%<br>50.0%<br>50.0%<br>50.0% | | |
| PONY ASHFORD CUES | BKGINST | 8 | :48" | ASHFORD, WILLIAM<br>STARWILD MUSIC, INC. | C<br>E | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY THOMAS CUES | BKGINST | 5 | :19" | THOMAS, ALAN<br>STARWILD MUSIC, INC. | C<br>E | BMI<br>BMI | 100.0%<br>100.0% | | |
| PONY WALSH CUES | BKGINST | 16 | 6:59 | WALSH, ROBERT J.<br>STARWILD MUSIC, INC. | C<br>E | BMI<br>BMI | 100.0%<br>100.0% | | |
| WHAT DO YOU GIVE A TROLL | VIS VOC | 1 | 1:23 | GOODMAN, TOMMY<br>HARMAN, BARRY<br>WILDSTAR MUSIC, INC. | C<br>A<br>E | ASCAP<br>ASCAP<br>ASCAP | 50.0%<br>50.0%<br>100.0% | | |

RECEIVED
NOV 13 1990
NASHVILLE OFFICE

002411

123187

| Work Name | BMI Work # | ISWC Number | Registration Date | Registration Origin |
|---|---|---|---|---|
| G I JOE CUES - SATELLITE DOWN | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SECOND HAND EMOTIONS | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SINK THE MONTANA | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SINS OF OUR FATHERS | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SKELETON IN THE CLOS | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SPELL OF THE SIREN | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SPY WHO ROOKED ME | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SYNTHOID CONSPIRACY | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - SYNTHOID CONSPIRACY | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - TRAITOR PART I | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - TRAITOR PART II | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - TWENTY QUESTIONS | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - VIPER IS COMING | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - WHERE THE REPTILES R | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - WORLD WITHOUT END | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - WORLDS WITHOUT END P | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE CUES - WRONG STUFF | 2404286 | | 06/19/1993 | CUE SHEET |
| G I JOE MOVIE CUES | 2404286 | | 06/19/1993 | CUE SHEET |
| GARLIQUE | 8297629 | T0726285466 | 08/05/2006 | WORK REG |
| GETTING DOWN TO BUSINESS | 473014 | T0711319526 | 07/01/1987 | WORK REG |
| GI JOE THE MOVIE THEME | 13068176 | T9063755975 | 06/29/2011 | WORK REG |
| GIAMBI EXTRA INNINGS | 6134999 | T9046672586 | 09/09/2002 | WORK REG |
| GIMME A GIMMICK | 468875 | T0711317100 | 07/01/1987 | WORK REG |
| GIMME GIMME GIMME | 469000 | T0711317188 | 07/01/1987 | WORK REG |
| GLITTER AND GOLD | 478116 | T0711322869 | 07/01/1987 | WORK REG |
| GOLDBOND ULTIMATE | 8297628 | T0726285455 | 08/05/2006 | WORK REG |
| GRANDMOTHER KNEELING | 5318772 | T7002219834 | 10/18/2000 | WORK REG |
| → GREAT SPACE COASTER SONG | 507398 | T0712888248 ← | 01/18/1982 | WORK REG |
| GREATEST ACT | 6982569 | T9046840033 | 06/08/2004 | WORK REG |
| HAPPY EVER AFTER | 2138579 | | 04/26/1996 | CUE SHEET |
| HERE COMES TROUBLE | 557887 | T0711381199 | 07/01/1987 | WORK REG |
| HOLLYWOOD JEM | 2138563 | | 04/26/1996 | CUE SHEET |
| HOW DOES IT FEEL | 592452 | T0711404395 | 07/01/1987 | WORK REG |
| HOW DOES MY GARDEN GROW | 592497 | T0711404453 | 11/17/1987 | WORK REG |
| HOW YOU PLAY THE GAME | 595440 | T0711406595 | 07/01/1987 | WORK REG |
| I AM A GIANT | 602582 | T0711411118 | 07/01/1987 | WORK REG |
| I BEEN CRYIN ALL NIGHT SINCE YOU RE GONE | 2147360 | T9044347946 | 05/03/1996 | WORK REG |
| I BELIEVE IN HAPPY ENDINGS | 604898 | T0711412575 | 07/01/1987 | WORK REG |
| I CAN HARDLY WAIT TILL MORNING | 606708 | T9040003789 | 08/10/1990 | WORK REG |
| I CAN SEE ME A STAR | 607256 | T0711414491 | 07/01/1987 | WORK REG |
| I LIKE YOUR STYLE | 3966812 | T0710884357 | 04/07/1997 | WORK REG |

Your query : iswc exact T-071.288.824-8 on any territories (Domestic works).

Page 1 of

⊞ 🔍 **GREAT SPACE COASTER SONG**　　ISWC: T-071.288.824-8  Duration:　(Original Title)

**Creator(s)**　　Creator-Id　　Role

BRYANT ANNE　　00061535788　CA
MICHLIN SPENCER　00055367959　CA



Correct ISWC

| mcode | tcode | title | ISWC | mbrcod | fullname | type | dshare | fshare | society | CacNr |
|---|---|---|---|---|---|---|---|---|---|---|
| 1453690 | 310287160 | ALL THAT GLITTERS | T0700058952 | 5028925 | HERNANDEZ ANDY | W | 100.00 | 100.00 | ASCAP | 3638910 |
| 1453690 | 310287160 | ALL THAT GLITTERS | T0700058952 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 4865410 |
| 1453690 | 318047726 | ALL THAT GLITTERS CUES | T0700093077 | 5028925 | HERNANDEZ ANDY | W | 100.00 | 100.00 | ASCAP | 3638910 |
| 1453690 | 318047726 | ALL THAT GLITTERS CUES | T0700093077 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 4865410 |
| 1453690 | 320256148 | BILLBOARD THEME (SIG) | | 787993 | LEISURE MOMENTS | P | 10.00 | 10.00 | ASCAP | 518833 |
| 1453690 | 320256148 | BILLBOARD THEME (SIG) | | 7131700 | O'NEILL NORRIS | W | 50.00 | 50.00 | ASCAP | 226981 |
| 1453690 | 320256148 | BILLBOARD THEME (SIG) | | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 320256148 | BILLBOARD THEME (SIG) | | 3274900 | DANNEMANN | W | 50.00 | 50.00 | ASCAP | 870742 |
| 1453690 | 330332564 | CHARMKINS SONG (SIG) (M E) | T0700302948 | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 330332564 | CHARMKINS SONG (SIG) (M E) | T0700302948 | 4540800 | GOODMAN THOMAS | C | 50.00 | 50.00 | ASCAP | 123398 |
| 1453690 | 330332564 | CHARMKINS SONG (SIG) (M E) | T0700302948 | 4873100 | HARMAN BARRY | A | 50.00 | 50.00 | ASCAP | 459937 |
| 1453690 | 330332564 | CHARMKINS SONG (SIG) (M E) | T0700302948 | 603600 | GOODMAN MUSIC | P | 10.00 | 10.00 | ASCAP | 123402 |
| 1453690 | 330477953 | CONAN THE ADVENTURER | T0700333170 | 2898725 | CHASE THOMAS | C | 50.00 | 50.00 | ASCAP | 739983 |
| 1453690 | 330477953 | CONAN THE ADVENTURER | T0700333170 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 486541 |
| 1453690 | 330477953 | CONAN THE ADVENTURER | T0700333170 | 1503640 | RUCKER STEPHEN | C | 50.00 | 50.00 | ASCAP | 1258951 |
| 1453690 | 330497360 | CONAN AND THE YOUNG | T0700337207 | 2898725 | CHASE THOMAS | C | 50.00 | 50.00 | ASCAP | 739983 |
| 1453690 | 330497360 | CONAN AND THE YOUNG | T0700337207 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 486541 |
| 1453690 | 330497360 | CONAN AND THE YOUNG | T0700337207 | 1503640 | RUCKER STEPHEN | C | 50.00 | 50.00 | ASCAP | 1258951 |
| 1453690 | 338058730 | CHARMKINS CUES (THE) | T0700372322 | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 338058730 | CHARMKINS CUES (THE) | T0700372322 | 4540800 | GOODMAN THOMAS | W | 100.00 | 100.00 | ASCAP | 123398 |
| 1453690 | 338058730 | CHARMKINS CUES (THE) | T0700372322 | 603600 | GOODMAN MUSIC | P | 10.00 | 10.00 | ASCAP | 123402 |
| 1453690 | 338058730 | CHARMKINS CUES (THE) | T0700372322 | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 338058749 | CHARMKINS CUES (THE) | T0700372333 | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 338058749 | CHARMKINS CUES (THE) | T0700372333 | 4540800 | GOODMAN THOMAS | C | 50.00 | 50.00 | ASCAP | 123398 |
| 1453690 | 338058749 | CHARMKINS CUES (THE) | T0700372333 | 4873100 | HARMAN BARRY | A | 50.00 | 50.00 | ASCAP | 459937 |
| 1453690 | 338058749 | CHARMKINS CUES (THE) | T0700372333 | 603600 | GOODMAN MUSIC | P | 10.00 | 10.00 | ASCAP | 123402 |
| 1453690 | 338077728 | CONAN THE ADVENTURER | T0700377769 | 2898725 | CHASE THOMAS | C | 50.00 | 50.00 | ASCAP | 739983 |
| 1453690 | 338077728 | CONAN THE ADVENTURER | T0700377769 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 486541 |
| 1453690 | 338077728 | CONAN THE ADVENTURER | T0700377769 | 1503640 | RUCKER STEPHEN | C | 50.00 | 50.00 | ASCAP | 125895 |
| 1453690 | 338080474 | CONAN AND THE YOUNG | T0700378386 | 2898725 | CHASE THOMAS | C | 50.00 | 50.00 | ASCAP | 739983 |
| 1453690 | 338080474 | CONAN AND THE YOUNG | T0700378386 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 486541 |
| 1453690 | 338080474 | CONAN AND THE YOUNG | T0700378386 | 1503640 | RUCKER STEPHEN | C | 50.00 | 50.00 | ASCAP | 125895 |
| 1453690 | 340290242 | DEATH OF OPTIMUS PRIME | T0700438772 | 3500910 | DI COLA VINCENT L | D | 100.00 | 100.00 | ASCAP | 125206 |
| 1453690 | 340290242 | DEATH OF OPTIMUS PRIME | T0700438772 | 1453690 | WILDSTAR MUSIC | P | 100.00 | 100.00 | ASCAP | 486541 |
| 1453690 | 340290242 | DEATH OF OPTIMUS PRIME | | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 350092090 | EDISON S SUNFLOWER SONG | T0700510811 | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 486541 |
| 1453690 | 350092090 | EDISON S SUNFLOWER SONG | T0700510811 | 4540800 | GOODMAN THOMAS | C | 50.00 | 50.00 | ASCAP | 123398 |
| 1453690 | 350092090 | EDISON S SUNFLOWER SONG | T0700510811 | 3093925 | COOK JOSEPH C | A | 50.00 | 50.00 | ASCAP | 739943 |
| 1453690 | 350092090 | EDISON S SUNFLOWER SONG | T0700510811 | 603600 | GOODMAN MUSIC | P | 10.00 | 10.00 | ASCAP | 123402 |
| 1453690 | 350166288 | ESCAPE | | 3500910 | DI COLA VINCENT L | D | 0.00 | 100.00 | ASCAP | 125206 |
| 1453690 | 350166288 | ESCAPE | | 1453690 | WILDSTAR MUSIC | P | 0.00 | 100.00 | ASCAP | 48654 |
| 1453690 | 350167090 | EVERYBODY'S GOT A GIFT | | 787993 | LEISURE MOMENTS | P | 0.00 | 10.00 | ASCAP | 51883 |
| 1453690 | 350167090 | EVERYBODY'S GOT A GIFT | | 7131700 | O'NEILL NORRIS | D | 0.00 | 25.00 | ASCAP | 22698 |
| 1453690 | 350167090 | EVERYBODY'S GOT A GIFT | | 1453690 | WILDSTAR MUSIC | P | 0.00 | 90.00 | ASCAP | 48654 |
| 1453690 | 350167090 | EVERYBODY'S GOT A GIFT | | 3274900 | DANNEMANN | D | 0.00 | 25.00 | ASCAP | 87074 |
| 1453690 | 350167090 | EVERYBODY'S GOT A GIFT | | 7308450 | PARKER G ROSS | D | 0.00 | 50.00 | ASCAP | 52009 |
| 1453690 | 370162959 | GARY GNU GNEWS THEME | | 787993 | LEISURE MOMENTS | P | 10.00 | 10.00 | ASCAP | 51883 |
| 1453690 | 370162959 | GARY GNU GNEWS THEME | | 7131700 | O'NEILL NORRIS | W | 50.00 | 50.00 | ASCAP | 22698 |
| 1453690 | 370162959 | GARY GNU GNEWS THEME | | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 48654 |
| 1453690 | 370162959 | GARY GNU GNEWS THEME | | 3274900 | DANNEMANN | W | 50.00 | 50.00 | ASCAP | 87074 |
| 1453690 | 370162968 | GREAT SPACE COASTER | | 0 | STARWILD MUSIC | P | 50.00 | 50.00 | BMI | 0 |
| 1453690 | 370162968 | GREAT SPACE COASTER | | 6678800 | MICHLIN SPENCER | A | 50.00 | 50.00 | ASCAP | 55367 |
| 1453690 | 370162968 | GREAT SPACE COASTER | | 2518827 | BRYANT ANNE | C | 50.00 | 50.00 | ASCAP | 75650 |
| 1453690 | 370162968 | GREAT SPACE COASTER | | 1453690 | WILDSTAR MUSIC | P | 50.00 | 50.00 | ASCAP | 48654 |
| 1453690 | 370167945 | GARY GNU GNEWSBOY SONG | | 787993 | LEISURE MOMENTS | P | 10.00 | 10.00 | ASCAP | 51883 |
| 1453690 | 370167945 | GARY GNU GNEWSBOY SONG | | 7131700 | O'NEILL NORRIS | W | 50.00 | 50.00 | ASCAP | 22698 |
| 1453690 | 370167945 | GARY GNU GNEWSBOY SONG | | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 48654 |
| 1453690 | 370167945 | GARY GNU GNEWSBOY SONG | | 3274900 | DANNEMANN | W | 50.00 | 50.00 | ASCAP | 87074 |
| 1453690 | 370167954 | GARY GNU BOOK OF THE | | 787993 | LEISURE MOMENTS | P | 10.00 | 10.00 | ASCAP | 51883 |
| 1453690 | 370167954 | GARY GNU BOOK OF THE | | 7131700 | O'NEILL NORRIS | W | 50.00 | 50.00 | ASCAP | 22698 |
| 1453690 | 370167954 | GARY GNU BOOK OF THE | | 1453690 | WILDSTAR MUSIC | P | 90.00 | 90.00 | ASCAP | 48654 |
| 1453690 | 370167954 | GARY GNU BOOK OF THE | | 3274900 | DANNEMANN | W | 50.00 | 50.00 | ASCAP | 87074 |

*(handwritten annotation: "THIS IS NOT PLAINTIFF" with arrow pointing to GREAT SPACE COASTER rows)*

**Title:** GREAT SPACE COASTER THEME (SIG)     **ISWC:** T-072.635.071-5     **Duration:**     (Original Title)

## Creator(s)

| | Creator-Id | Role |
|---|---|---|
| me | 00061535788 | C |
| BRYANT ANNE | 00075650073 | C |
| BRYANT ANNE MARIE | 00055367959 | A |
| MICHLIN SPENCER | | |

## Performer(s)

*None Listed*

## Other Title(s)

| Title | Language | Type |
|---|---|---|
| GREAT SPACE COASTER SONG | | Alternate Title [AT] |

## Work Information

Language :
Duration :
ISWC :    T-072.635.071-5

## Work Derivation

*None Listed*

**Title:** GREAT SPACE COASTER THEME (SIG)     **ISWC:** T-072.635.071-5     **Duration:**     (Original Title)

2nd ISWC
(incorrect for song)



# Form 1040 — U.S. Individual Income Tax Return 1984

Department of the Treasury—Internal Revenue Service

For the year January 1–December 31, 1984, or other tax year beginning 1984, ending , 19    OMB No 1545-0074

**Use IRS label. Otherwise, please print or type.**

Your first name and initial: ANNE
Last name: BRYANT
Your social security number: 053 40 8567

Present home address: 41 W. 73rd Street
City, town or post office, State, and ZIP code: New York, N.Y. 10023

Your occupation: ARRANGER / MUSICIAN
Spouse's occupation:

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? — No
If joint return, does your spouse want $1 to go to this fund? — No

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status (Check only one box.)
1. ✓ Single
2. Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's social security no. above and full name here.
4. Head of household (with qualifying person). (See page 5 of Instructions.) If the qualifying person is your unmarried child but not your dependent, write child's name here.
5. Qualifying widow(er) with dependent child (Year spouse died ▶ 19    ). (See page 6 of Instructions.)

## Exemptions
6a. ✓ Yourself
6b. Spouse
Enter number of boxes checked on 6a and 6b ▶ 1

c. First names of your dependent children who lived with you
d. Other dependents
e. Total number of exemptions claimed (also complete line 36)
Add numbers entered in boxes above ▶ 1

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | 773 |
| 8 | Interest income (also attach Schedule B if over $400) | 4698 |
| 9a | Dividends (also attach Schedule B if over $400), 9b Exclusion | |
| 9c | Subtract line 9b from line 9a and enter the result | |
| 10 | Refunds of State and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | 6283 |
| 14 | 40% of capital gain distributions not reported on line 13 | |
| 15 | Supplemental gains or (losses) (attach Form 4797) | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | |
| 17a | Other pensions and annuities, including rollovers. Total received | |
| 17b | Taxable amount, if any, from the worksheet on page 10 of Instructions | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20a | Unemployment compensation (insurance). Total received | |
| 20b | Taxable amount, if any, from the worksheet on page 10 of Instructions | |
| 21a | Social security benefits. (see page 10 of Instructions) | |
| 21b | Taxable amount, if any, from the worksheet on page 11 of Instructions | |
| 22 | Other income (state nature and source—see page 11 of Instructions) BMI ROYALTIES | 2840 |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 14594 |

## Adjustments to Income

| Line | Description | Amount |
|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | |
| 25 | Employee business expenses (attach Form 2106) | |
| 26a | IRA deduction, from the worksheet on page 12 | |
| 26b | Enter here IRA payments you made in 1985 that are included in line 26a above ▶ | |
| 27 | Payments to a Keogh (H.R. 10) retirement plan | |
| 28 | Penalty on early withdrawal of savings | 58 |
| 29 | Alimony paid | |
| 30 | Deduction for a married couple when both work (attach Schedule W) | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 58 |

## Adjusted Gross Income
32. Subtract line 31 from line 23. This is your **adjusted gross income**. If this line is less than $10,000, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 12 of Instructions. ▶ | 14536

(19)

| | | | | |
|---|---|---|---|---|
| Tax Computation (See Instructions on page 13.) | 33 | Amount from line 32 (adjusted gross income) | 33 | 14536 |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. **Caution:** If you have unearned income and can be claimed as a dependent on your parent's return, check here ▶ ☐ and see page 13 of the Instructions. Also see page 13 if: • You are married filing a separate return and your spouse itemizes deductions, OR • You file Form 4563, OR • You are a dual-status alien. | 34a | 4183 |
| | 34b | If you do not itemize deductions, and you have charitable contributions, complete the worksheet on page 14. Then enter the allowable part of your contributions here | 34b | |
| | 35 | Subtract line 34a or 34b, whichever applies, from line 33 | 35 | 10353 |
| | 36 | Multiply $1,000 by the total number of exemptions claimed on Form 1040, line 6e | 36 | 1000 |
| | 37 | Taxable Income. Subtract line 36 from line 35 | 37 | 9353 |
| | 38 | Tax. Enter tax here and check if from ☑ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☐ Schedule G | 38 | 975 |
| | 39 | Additional Taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | 39 | |
| | 40 | Add lines 38 and 39. Enter the total | 40 | 975 |
| Credits (See Instructions on page 14.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | | |
| | 42 | Credit for the elderly and the permanently and totally disabled (attach Schedule R) | | |
| | 43 | Residential energy credit (attach Form 5695) | | |
| | 44 | Partial credit for political contributions for which you have receipts | | |
| | 45 | Add lines 41 through 44. These are your total personal credits | 45 | |
| | 46 | Subtract line 45 from 40. Enter the result (but not less than zero) | 46 | |
| | 47 | Foreign tax credit (attach Form 1116) | | |
| | 48 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | | |
| | 49 | Add lines 47 and 48. These are your total business and other credits | 49 | |
| | 50 | Subtract line 49 from 46. Enter the result (but not less than zero) | 50 | 975 |
| Other Taxes (Including Advance EIC Payments) | 51 | Self-employment tax (attach Schedule SE) | 51 | 321 |
| | 52 | Alternative minimum tax (attach Form 6251) | 52 | |
| | 53 | Tax from recapture of investment credit (attach Form 4255) | 53 | |
| | 54 | Social security tax on tip income not reported to employer (attach Form 4137) | 54 | |
| | 55 | Tax on an IRA (attach Form 5329) | 55 | |
| | 56 | Add lines 50 through 55. This is your **total tax** | 56 | 1296 |
| Payments (Attach Forms W-2, W-2G, and W-2P to front.) | 57 | Federal income tax withheld | 57 | 57 |
| | 58 | 1984 estimated tax payments and amount applied from 1983 return | | |
| | 59 | Earned income credit. If line 33 is under $10,000, see page 16 | | |
| | 60 | Amount paid with Form 4868 | | |
| | 61 | Excess social security tax and RRTA tax withheld (two or more employers) | | |
| | 62 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | | |
| | 63 | Regulated Investment Company credit (attach Form 2439) | | |
| | 64 | Add lines 57 through 63. These are your total payments | 64 | 57 |
| Refund or Amount You Owe | 65 | If line 64 is larger than line 56, enter amount **OVERPAID** | 65 | |
| | 66 | Amount of line 65 to be **REFUNDED TO YOU** | 66 | |
| | 67 | Amount of line 65 to be applied to your 1985 estimated tax ▶ 67 | | |
| | 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1984 Form 1040" on it (Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17 of Instructions.) $ | 68 | 1896 * |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Please Sign Here ▶ Your signature    Date    ▶ Spouse's signature (if filing jointly, BOTH must sign)

COPY

Paid Preparer's Use Only:
Preparer's signature ▶ ROBBINS SPIELMAN SLAYTON & HALFON  Date 1/12/87  Check if self employed ☐  Preparer's social security no. 080:3v:4316
Firm's name (or yours, if self-employed) and address ▶ CERTIFIED PUBLIC ACCOUNTANTS  888 SEVENTH AVE., 37th FLOOR  NEW YORK, N.Y. 10106

