

## SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2012 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _____ day of ____February____, 2014

Stephanie S. Harrison,
Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (09/13)
Destroy Prior Edition

ITEMIZED STATEMENT OF EARNINGS
* * *    FOR SSN XXX-XX-8567    * * *

FROM: SOCIAL SECURITY ADMINISTRATION
      OFFICE OF CENTRAL OPERATIONS
      300 N. GREENE STREET
      BALTIMORE, MARYLAND  21290-0300

NUMBER HOLDER NAME: ANNE   BRYANT
  YEARS REQUESTED: 1985 THRU 1991

ANNE BRYANT
2601 JEFFERSON CIRCLE
SARASOTA FL 34239

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1985 | | | | | $16,501.00 |
| 1986 | | | | | $41,862.00 |
| 1990 | | | | | $13,653.00 |
| 1991 | | | | | $37,724.00 |

EMPLOYER NUMBER: 13-6180704
SOUND RECORDING SPECIAL PAYMENTS
 FUND
% V ROBERT DIPAOLA
570 LEXINGTON AVE STE 360
NEW YORK  NY 10022-6837

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1985 | | | | | $95.84 |
| 1986 | | | | | $61.29 |
| 1987 | | | | | $28.98 |
| 1988 | | | | | $13.98 |

EMPLOYER NUMBER: 36-2492172
TALENT & RESIDUALS INC
3601 WEST OLIVE AVE 8TH FLOOR
BURBANK  CA 91505-4603

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1986 | | | | | $138.40 |

ITEMIZED STATEMENT OF EARNINGS
* * *     FOR SSN XXX-XX-8567     * * *

```
                                                    $452.75
  88                                                $297.54
  989                                               $207.00
 1991                                                $95.20
```

EMPLOYER NUMBER: 13-2901854
SQUARE BUSINESS MUSIC PRODUCTIONS
 INC
% MARC FOX CPA
PO BOX 174
NEW MILFORD   NJ 07646-0174

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1987 | | | | | $43,800.00 |
| 1988 | | | | | $45,000.00 |
| 1989 | | | | | $48,000.00 |
| 1990 | | | | | $37,500.00 |

EMPLOYER NUMBER: 36-3613299
TALENT PARTNERS
IDC SERVICES INC ET AL PTR
303 E OHIO ST
CHICAGO   IL 60611-3317

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1990 | | | | | $138.98 |

```
****************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
****************************************************************
```

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

0031213044

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Name: ANNE BRYANT

   Social Security Number: 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

   Other Name(s) Used (Include Maiden Name): _____

   Date of Birth (Mo/Day/Yr): 09-03-1950 (1950)

2. What kind of information do you need?

   [✓] **Detailed Earnings Information**
   (If you check this block, tell us below why you need this information.)

   For the period(s)/year(s): Calendar Years 1985 through 1991 (Seven years)

   I need to see which employer reported and issued my music royalty income 1099s.

   [ ] **Certified Yearly Totals of Earnings**
   (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Social Security Statement)

   For the year(s): _____

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . . . . . . . . . . A. $ 29.00

   Do you want us to certify the information? [✓] Yes  [ ] No

   If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . B. $ 15.00

   ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . . . . . . . . . . C. $ 44.00

   RECEIVED SEP 26 2013

   [✓] • You can pay by CREDIT CARD by completing and returning the form on page 4, or
   • Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payable to "Social Security Administration"
   • DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here (Do not print) > *Anne Bryant*

   Date: 09-22-2013

   Daytime Phone Number: (917) 848 5203

5. Tell us where you want the information sent. (Please print)

   Name: ANNE BRYANT

   Address: 2601 JEFFERSON CIRCLE

   City, State & Zip Code: SARASOTA, FL 34239

6. Mail Completed Form(s) To:

   Social Security Administration
   Division of Earnings Record Operations
   P.O. Box 33003
   Baltimore, Maryland 21290-3003

   Exception: If using private contractor (e.g., FedEx) to mail form(s), use:

   Social Security Administration
   Division of Earnings Record Operations
   300 N. Greene St.
   Baltimore, Maryland 21290-0300

Form SSA-7050-F4 (07-2010) EF (07-2010)
Destroy Prior Editions

2

SSA-1826                ITEMIZED STATEMENT OF EARNINGS

                         SOCIAL SECURITY ADMINISTRATION
                         EARNINGS RECORD INFORMATION

                                            Date: 12/14/2013


Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937. Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits. Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits. If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings. Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work. The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write, or visit any
Social Security office. If you visit or call, please bring this letter.
It will help us answer questions. The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).

SSA-1826                ITEMIZED STATEMENT OF EARNINGS

                       SOCIAL SECURITY ADMINISTRATION
                       EARNINGS RECORD INFORMATION

                                              Date: 12/14/2013


ANNE BRYANT
2601 JEFFERSON CIRCLE
SARASOTA FL 34239


We are sending the statement of earnings requested for:

    Number Holder's Name: ANNE    BRYANT
    Social Security Number: XXX-XX-8567

        Years Requested: 1985 THRU 1991



Control Number: 13347152210
Remittance Number: 201312130189

Enclosure(s):
    Earnings Statement

Z

# LAW OFFICES OF
## WILLIAM M. DOBISHINSKI
SUITE 1500
6430 SUNSET BOULEVARD
HOLLYWOOD, CALIFORNIA 90028
(213) 469-0045

WILLIAM M. DOBISHINSKI*
SCOTT F. PEARCE
LADD S. LJUNGBERG, Law Clerk

* Also member of New York and
District of Columbia Bars
DIRECT LINE (213) 469-4003

TWX 910-321-3738
Cable Address "COBOLEX"

N.Y. OFFICE
SUITE 1820
135 WEST 50TH STREET
NEW YORK, NEW YORK 10020
(212) 333-3301

July 14, 1986

Ms. Anne Bryant
Kinder & Bryant, Ltd.
41 W. 73 St.
New York, NY 10023

Congratulations on your BMI check for performing rights royalties. Set forth below is the gross amount of royalties commissionable by TAMAD, and TAMAD's fee.

Gross BMI monies: $ 2,281.92

TAMAD fee (.15) $ 72.07 *

* 15% of $480.54 in royalties for "Transformers".

---

**LAW OFFICES OF WILLIAM M. DOBISHINSKI**
CLIENT TRUST ACCOUNT
6430 SUNSET BLVD., SUITE 1500  213-469-0045
HOLLYWOOD, CA 90028

No. 5432
7/15 19 86  90-3933/1222

PAY TO THE ORDER OF  Anne Bryant                         $ 2,749.85

Two Thousand Seven Hundred Forty Nine and 85/100 DOLLARS

FIRST PROFESSIONAL BANK
9647 BRIGHTON WAY
BEVERLY HILLS, CA 90210

FOR net of 12/85 special dist. (Buff Broad)

⑂005432⑂ ⑊1:12223933⑊: 002⑂801272⑂



# BROADCAST MUSIC, INC.
320 WEST 57TH STREET   NEW YORK, N. Y. 10019

1-12/210

CHECK NO. 633131

| ACCOUNT NUMBER | MO. | DAY | YR. | AMOUNT |
|---|---|---|---|---|
| D8204W | 07 | 07 | 86 | $****2,281.92 |

NOT VALID AFTER 6 MONTHS

PAY TO THE ORDER OF

ANNE BRYANT
C/O WILLIAM M
DOBISHINSKI
6430 SUNSET BLVD
SUITE 1500
HOLLYWOOD CA
90028

CHEMICAL BANK 1251 AVENUE OF AMERICAS, NEW YORK, N.Y.

*Signatures:* Thomas Curry, AUTHORIZED SIGNATURE

⑆633131⑆ ⑈021000128⑈ 611⑈100762⑈

BROADCAST MUSIC, INC.
320 WEST 57th ST. • NEW YORK, N.Y. 10019

BMI

ROYALTIES STATEMENT

DISTRIBUTION DATE 07/07/86
PAGE 1
QUARTER ENDING DEC 31, 1985

ANNE BRYANT
C/O WILLIAM M DOBISHINSKI
6430 SUNSET BLVD
SUITE 1500
HOLLYWOOD CA 90028

BRYANT ANNE    W D8204
BRYANT ANNE    W D8204 100 9  Y

TELEVISION BACKGROUND, SIC ROYALTY STATEMENT

BKGD '86

| SERIES | EPISODE | SOURCE | # OF PERFS. | # OF USES | THEME RATE | BACKGROUND CREDITS | BACKGROUND RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| *** SPECIAL DISTRIBUTION *** | | | | | | | | |
| TRANSFORMERS | GREAT SPACE COASTE | | | | | .00 | .000 | 480.54 |
| | | | | | | .00 | .000 | 1,801.38 |

US EARNINGS $ 2,281.92    TOTAL EARNINGS $ 2,281.92
PAID BY CHECK- ANNE BRYANT                  2,281.92

LAW OFFICES OF
# WILLIAM M. DOBISHINSKI
SUITE 1500
6430 SUNSET BOULEVARD
HOLLYWOOD, CALIFORNIA 90028
(213) 469-0045

WILLIAM M. DOBISHINSKI*
SCOTT F. PEARCE
LADD S. LJUNGBERG, Law Clerk

\* Also member of New York and
District of Columbia Bars
DIRECT LINE (213) 469-4003

TWX 910-321-3738
Cable Address "COBOLEX"

N.Y. OFFICE
SUITE 1820
135 WEST 50TH STREET
NEW YORK, NEW YORK 10020
(212) 333-3301

Sept. 24, 1986

Ms. Anne Bryant
KINDER & BRYANT LTD.
41 West 73rd Street
New York, NY 10023

Congratulations on your BMI check for performing rights royalties. Set forth below is the gross amount of royalties commissionable by TAMAD, and TAMAD's fee.

Gross BMI monies: $ 11,834.34

TAMAD fee (.   )  $ 1,635.50        (15% of $10,903.31 in royalties for "Transformers".)

Net BMI monies:   $ 10,198.84

ANNE BRYANT
C/O WI''IAM M
DUBISH KI
6430 SUNSET BLVD
SUITE 1500
HOLLYWOOD CA
90028

**BROADCAST MUSIC, INC.**
320 WEST 57th ST. • NEW YORK, N.Y. 10019

DISTRIBUTION DATE 09/10/86

## ROYALTIES STATEMENT

BRYANT ANNE   W 08204   Y
BRYANT ANNE   W 08204   9

QUARTER ENDING DEC 31, 1985

PAGE 1

| SERIES | EPISODE | SOURCE | # OF PERFS. | THEME # OF USES | THEME RATE | BACKGROUND CREDITS | BACKGROUND RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GREAT SPACE COASTE | | TVG | 4003 | | 77 | | | 727.94 |
| GREAT SPACE COASTE | | TVG | 4003 | | | 10 | 210 | 199.82 |
| GREAT SPACE COASTE | | PBS | 62 | | 77 | | | .70 |
| GREAT SPACE COASTE | | PBS | 62 | | | 10 | 210 | 2.57 |
| TRANSFORMERS | | TVG | 7613 | | 115 | | | 2,081.15 |
| TRANSFORMERS | | TVG | 7613 | | | 3.40 | 143 | 8,798.69 |
| TRANSFORMERS | | PBS | 72 | | 115 | | | 4.49 |
| TRANSFORMERS | | PBS | 72 | | | 3.40 | 143 | 18.98 |

FOR THIS QUARTER ONLY, ALL U.S. T.V. BACKGROUND EARNINGS HAVE BEEN
VOLUNTARILY INCREASED OVER PAYMENT SCHEDULE RATES.

US EARNINGS $ 11,834.34   TOTAL EARNINGS   $ 11,834.34
PAID BY CHECK- ANNE BRYANT                 $ 11,834.34

Rec'd '86

TELEVISION BACKGROUND MUSIC ROYALTY STATEMENT



# BROADCAST MUSIC, INC.
320 WEST 57TH STREET   NEW YORK, N.Y. 10019

1-12/210

CHECK NO. 645749

| ACCOUNT NUMBER | MO. | DAY | YR. | AMOUNT |
|---|---|---|---|---|
| D8204W | 09 | 10 | 86 | $***11,834.34 |

NOT VALID AFTER 6 MONTHS

PAY TO THE ORDER OF

ANNE BRYANT
C/O WILLIAM M DOBISHINSKI
6430 SUNSET BLVD
SUITE 1500
HOLLYWOOD CA
90028

CHEMICAL BANK 1251 AVENUE OF AMERICAS, NEW YORK, N.Y.

*Authorized Signature*
Thomas Curry
AUTHORIZED SIGNATURE

⑈645749⑈ ⑆021000128⑆ 611⑈10076 2⑈

AA

R19047

**Department of the Treasury**
**Internal Revenue Service**
HOLTSVILLE, NY   00501

Date of this notice: NOV. 29, 1993
Taxpayer Identifying Number: 13-2901854
Form: 2363   Tax Period:

SQUARE BUSINESS MUSIC PRODUCTIONS
INC
21 COLLARBERG RD
STONY POINT   NY   10980-3409213

For assistance you may call us at:

732-0100        BX., MAN
596-3770        ST. ISLAN
1-800-829-1040  OTHER N

Or you may write to us at the address shown at the left. If you write, be sure to attach the bottom part of this notice.

## EIN ASSIGNED IN ERROR

OUR RECORDS INDICATE WE HAVE INCORRECTLY ASSIGNED MORE THAN ONE EMPLOYER IDENTIFICATION NUMBER TO YOU. THE NUMBER SHOWN ABOVE IS YOUR CORRECT ONE. THE FOLLOWING NUMBER HAS BEEN INCORRECTLY ASSIGNED:
    13-3732653

WE WILL TRANSFER ANY PAYMENTS OR RETURNS TO YOUR ACCOUNT UNDER THE CORRECT EMPLOYER IDENTIFICATION NUMBER.

PLEASE USE THE CORRECT NUMBER AND ACCOUNT NAME, EXACTLY AS SHOWN ABOVE, ON BUSINESS TAX RETURNS, PAYMENTS AND RELATED CORRESPONDENCE.

PLEASE DESTROY ANY FEDERAL TAX DEPOSIT COUPON BOOKS WHICH SHOW THE INCORRECT EMPLOYER IDENTIFICATION NUMBER.

WE APOLOGIZE FOR ANY INCONVENIENCE WE MAY HAVE CAUSED YOU, AND THANK YOU FOR YOUR COOPERATI

To make sure that IRS employees give courteous responses and correct information to taxpayers, a second IRS employee sometimes listens telephone calls.

Keep this part for your records

Overlay 5 Form 8489 (Rev

---

Return this portion to us with your inquiry or with your check if you have a balance due.

| Your telephone number | Best time to call |
| --- | --- |
| (   )   - |  |

132901854 WP        00    0000



INTERNAL REVENUE SERVICE
HOLTSVILLE, NY   00501

SQUARE BUSINESS MUSIC PRODUCTIONS
INC
21 COLLARBERG RD
STONY POINT   NY   10980-3409213

BB

